IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14 B 04947 |
| George & Ziba Gross, ) | Honorable Eugene R. Wedoff |
| ) | Chapter 13 |
| Debtors ) | |

## ORDER MODIFYING PLAN

This cause coming to be heard on the Motion of the Debtor for entry of an order Modifying Debtors' Chapter 13 Plan of Reorganization, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. That the Debtors' Chapter 13 Plan is modified to allow the Debtors to keep their 2014 federal tax return.

Enter:

United States Bankruptcy Judge

Dated: June 11, 2015

**Prepared by:**
Brian P. Deshur
Attorney for Debtor
Deshur Law Firm, LLC
55 W. Monroe St., Ste 3950
Chicago, IL 60603
(312) 380-1564

Rev: 20120501_bko