UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-04947 |
| George & Ziba Gross | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING PLAN**

This cause coming to be heard on the Motion of the Debtors for entry of an order Modifying the Debtors' Chapter 13 Plan of Reorganization, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtors' Chapter 13 Plan is modified to allow the Debtors to keep $717.00 of their 2015 federal tax refund; and

2. The Debtors' Chapter 13 Plan is modified to defer the remaining un-exempt 2015 federal tax refund balance of $356.00 is deferred and added to the Plan base balance.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 11, 2016

**Prepared by:**

Brian P. Deshur
Attorney for Debtor
Deshur Law Firm, LLC
55 W. Monroe Street, Suite 3950
Chicago, IL 60603
(312) 380-1564