UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 14-04947
GEORGE GROSS AND ZIBA GROSS  )
 )  Chapter: 13
 )  Honorable Deborah L. Thorne
 )
 )
Debtor(s)  )

## Order Lifting Automatic Stay

This matter coming before the court for hearing on 648 WEST OAKDALE CONDOMINIUM ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the court being fully advised,

IT IS ORDERED:

648 WEST OAKDALE CONDOMINIUM ASSOCIATION's Motion for Relief from Stay as to 648 W. Oakdale, Unit GR, Chicago, Illinois 60657 is granted.

The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: May 01, 2019

**Prepared by:**

ARDC #6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446